1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIE GILBERT, | Case No. 3:09-cv-00269-LRH-RAM |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |
| vs. | |
| STACEY TING SENINI, individually and in her official capacity as Principal at Libby Booth School; BARBARA McCLAURY, individually and in her official capacity as School Director; LISA NOONAN, individually and in her official capacity as Superintendent of Elementary Education for Washoe County School District; PAUL DUGAN, as Superintendent of Schools for Washoe County School District; WASHOE COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, | (FIRST REQUEST) |
| Defendants. | |

The parties to this action, by and through their undersigned counsel of record, hereby stipulate that Defendants Washoe County School District, Stacey Ting-Senini, Barbara McLaury, Lisa Noonan, and Paul Dugan, shall be granted an additional month to answer or otherwise respond

to Plaintiff's Complaint, with a due date of on or before Monday, January 11, 2010.  LR 6-1(d).

This is the first request for an extension of time within which to file Defendants' answer or other response to the Complaint. This extension is requested by defense counsel pending receipt of additional information, following prolonged administrative proceedings and unsuccessful settlement discussions, and is not for purposes of delay.

DATED this 11TH day of December, 2009.

| LAW OFFICE OF JAMES ANDRE BOLES | MAUPIN, COX & LeGOY |
|---|---|
| By: _____ <br> James Andre Boles, Esq., Bar #3368 <br> 411 Mill Street <br> Reno, NV 89502 <br> (775) 329-1544 phone <br> (775) 329-1566 fax <br> Attorney for Plaintiff | By: _____ <br> C. Robert Cox, Esq. <br> Debra O. Waggoner, Esq. <br> Attorneys for Defendants |

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: December 21, 2009