1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARIE GILBERT                                                        )
                       Plaintiff,                    )   Case No. 03-cv-09-00269-LRH-RJJ
                                          )
        vs.                                                         )
                                          )   **STIPULATION FOR EXTENSION**
STACEY TING SENINI, individually and in her          )   **OF TIME FOR PLAINTIFF TO**
official capacity as Principal at Libby Booth School;  )   **RESPOND TO DEFENDANTS'**
BARBARA MCLAURY, individually and in her           )   **MOTION TO DISMISS: ORDER**
official capacity as School Director; LISA NOONAN,    )
individually and in her official capacity as              )
Superintendent of Elementary Education for Washoe     )
County School District; PAUL DUGAN, as               )
Superintendent of Schools for Washoe County School    )
District; WASHOE COUNTY SCHOOL DISTRICT,            )
a Political Subdivision of the State of Nevada.          )
                                          )
                    Defendants.                  )

25        The parties to this action, by and through their undersigned counsel of record, hereby stipulate

26 that Plaintiff Gilbert shall be granted an extension of time of fifteen days to file her Opposition to

27 Motion To Dismiss.  Plaintiff's Opposition to Motion to Dismiss will be due on February 12, 2010.

28 L.R. 6-1(d).

1    This is the first request for an extension of time within which to file Plaintiff's Opposition to

2  Defendants' Motion To Dismiss.

3  DATED this 28th day of January, 2010                    DATED this 28th day of January, 2010

4

5

6  _____/s/_____                  _____/s/_____
   C. Robert Cox, Esq                                                James Andre Boles, Esq.

7  Debra O. Waggoner, Esq.                                       Attorney for Plaintiff
   Attorney for Defendants

8

9                                          ORDER

10       IT IS SO ORDERED, nunc pro tunc, this 1st day of February, 2010.

11

12

13

14                                _____

15                                LARRY R. HICKS
                                  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28