UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIE GILBERT,　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>STACY TING-SENINI, etc., *et al*.,　　　　　 )<br>etc.,　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　Defendant,　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　) | 3:09-cv-269-LRH-RJJ<br><br><br><br>O R D E R |

　　　　IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on December 1, 2010.

　　　　IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

　　　　1.　　Shall identify the discovery that has been completed;

　　　　2.　　Shall identify the discovery that remains outstanding;

　　　　3.　　Shall identify any pending discovery motions; and,

　　　　4.　　Shall detail all attempts to settle the case.

　　　　DATED this __26th__ day of October, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge