UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIE GILBERT,       )<br>                    )<br>       Plaintiff,   )<br>                    )<br>vs.                 )<br>                    )<br>STACEY TING SENINI, etc.,  )<br>                    )<br>       Defendant,   )<br>_____)  | 3:09-cv-269-LRH–RJJ<br><br>O R D E R |

This matter was submitted to the undersigned Magistrate Judge on Defendants' Motion to Compel Plaintiff Marie Gilbert's Deposition Upon Oral Examination (#37).

The Court having reviewed Defendants' Motion (#37) and the file herein, finds that Plaintiff has filed no response to the motion. Consequently, pursuant to Local Rule 7-2(d), Plaintiff consents to the granting of said motion. Therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Compel Plaintiff Marie Gilbert's Deposition Upon Oral Examination (#37) is **GRANTED**.

IT IS FURTHER ORDERED that the deposition of Plaintiff Marie Gilbert shall be completed on or before September 16, 2011.

IT IS FURTHER ORDERED that the deposition may span multiple days to allow accommodation of Plaintiff's condition while giving defendant adequate opportunity to complete the authorized deposition in the seven hours allowed by Fed. R. Civ. P. 30.

DATED this   12th   day of August, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge