1
2
3
4
5                               UNITED STATES DISTRICT COURT
6                                     DISTRICT OF NEVADA
7                                            * * *

8    MARIE GILBERT,                    )
                                       )
9              Plaintiff,              )        3:09-cv-269-LRH–RJJ
                                       )
10   vs.                               )
                                       )
11   STACEY TING SENINI, etc., *et al*.,  )        O R D E R
                                       )
12             Defendant,              )
     _____)

13          This matter is before the Court on Defendants' Motion For Enlargement of Time to Take

14   Plaintiff's Deposition and to Complete Discovery (#38) and Defendants' Ex Parte Motion for

15   Extension of Time Within Which to Lodge/File the Joint Pretrial Order (#39).

16          The Court having reviewed the Motions (#38 & #39) and good cause appearing therefore,

17          IT IS HEREBY ORDERED that Defendants' Motion For Enlargement of Time to Take

18   Plaintiff's Deposition and to Complete Discovery (#38) and Defendants' Ex Parte Motion for

19   Extension of Time Within Which to Lodge/File the Joint Pretrial Order (#39) are **GRANTED** in

20   that the Discovery Plan/Scheduling Order is amended as follows:

21          1.      Discovery deadline              Oct. 31, 2011

22          2.      Dispositive motion deadline     Dec. 1, 2011

23          3.      Joint Pretrial Order deadline   Jan. 2, 2012, or 30 days from the
                                                    date the court enters a ruling on
24                                                  dispositive motions.

25          DATED this _15th_ day of July, 2011.

26

27          _____
            ROBERT J. JOHNSTON
28          United States Magistrate Judge