UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| MARIE GILBERT, | ) | |
| Plaintiff, | ) | 3:09-cv-269-LRH–RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| STACEY TING SENINI, etc., *et al*., | ) | O R D E R |
| | ) | |
| Defendant, | ) | |
| | ) | |

This matter is before the Court on Defendants' Motion For Enlargement of Time to Take Plaintiff's Deposition and to Complete Discovery (#38) and Defendants' Ex Parte Motion for Extension of Time Within Which to Lodge/File the Joint Pretrial Order (#39).

The Court having reviewed the Motions (#38 & #39) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion For Enlargement of Time to Take Plaintiff's Deposition and to Complete Discovery (#38) and Defendants' Ex Parte Motion for Extension of Time Within Which to Lodge/File the Joint Pretrial Order (#39) are **GRANTED** in that the Discovery Plan/Scheduling Order is amended as follows:

1.  Discovery deadline                          Oct. 31, 2011

2.  Dispositive motion deadline          Dec. 1, 2011

3.  Joint Pretrial Order deadline         Jan. 2, 2012, or 30 days from the date the court enters a ruling on dispositive motions.

DATED this  15th  day of July, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge